(Reap. Dec. 9359)

PLYWOOD & DOOR NORTHERN CORPORATION v. UNITED STATES

Entry Nos. 870455-1/2; 881273.

(Decided March 23, 1959)

*James Wilson Young* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

Mollison, Judge: The above-entitled appeals for reappraisement have been submitted for decision upon a stipulation of counsel for the parties on the agreed facts in which I find that the proper basis for the determination of the value of the merchandise involved is foreign value, as defined in section 402(c), Tariff Act of 1930, as amended, and that such value, as to the merchandise set forth in schedule "A," attached hereto, is the appraised value, less 4 per centum, net, packed, and as to the merchandise set forth in schedule "B," also attached hereto, is the appraised value, less 9 per centum, net, packed.

Judgment will issue accordingly.

SCHEDULE "A"

| Court No. | Collector's No. | Entry No. | Date of export |
|---|---|---|---|
| R58/17271 | 06217 | 870455-½ | 1/22/57 |

Birch plywood as follows:
BJ/BB grade, ¾″ thick, 72″ x 48″
60″ x 48″
48″ x 48″

| R58/17273 | 06219 | 881273 | 1/30/57 |

Birch plywood as follows:
BJ/BB grade, ¾″ thick, 60″ x 60″
61″ x 61″
59″ x 59″
58″ x 58″

SCHEDULE "B"

| Reappraise-<br>ment No. | Collector's<br>No. | Entry No. | Date of<br>export |
|---|---|---|---|
| R58/17271 | 06217 | 870455-1/2 | 1/22/57 |

Birch plywood as follows:
  BJ/BB grade, ½" thick, 36" x 48"